UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    :

   v.    :    Criminal No. 1:08-CR-00160-EGS

MICHAEL MAURICE CLARK    :

      Defendant    :

### LINE OF APPEARANCE

Please enter the appearance of Richard A. Finci, as counsel on behalf of Defendant, Michael Maurice Clark, in the above-captioned matter.

Respectfully submitted,

_____
RICHARD A. FINCI
HOULON, BERMAN, BERGMAN,
FINCI & LEVENSTEIN
7850 Walker Drive, Suite 160
Greenbelt, Maryland 20770
(301) 459-8200
e-mail: finci@houlonberman.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of June, 2008, a copy of the foregoing Line was mailed, postage pre-paid, to:

Timothy G. Lynch, Esquire
United State's Attorney
for the District of Columbia
Judiciary Center
555 Fourth Street, N.W.
Washington, D.C. 20001

_____
RICHARD A. FINCI