UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Criminal No. 08-00160 (EGS) |
| v. : | |
| MICHAEL CLARK, : | |
| Defendant. : | |

NOTICE OF RELATED CASE AND MOTION TO TRANSFER CASE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully notifies the Court and all parties pursuant to Local Criminal Rule 57.12(b)(3) that United States v. Michael Clark, Criminal No. 08-00160, is related to United States v. Jacqueline Wright, Criminal No. 08-00159.  The government also moves the Court to transfer United States v. Michael Clark to the Calendar Committee for reassignment to Judge James Robertson, to whom United States v. Jacqueline Wright is assigned.  As grounds for this motion, the government relies on the following points and authorities:

1.    On June 3, 2008, the government filed an Information charging Jacqueline Wright with one count of mail fraud and criminal forfeiture.  United States v. Jacqueline Wright was assigned to Judge James Robertson with Criminal No. 08-00159.

2.    Immediately thereafter (on June 3, 2008), the government filed an Information charging Michael Clark with one count of mail fraud and criminal forfeiture.  Due to an administrative oversight, the Related Case form was not submitted with this Information.  Consequently, United States v. Michael Clark was assigned to Judge Emmet G. Sullivan with Criminal No. 08-00160.

3.    These cases are related pursuant to Local Criminal Rule 57.12(a)(1) because

"prosecution against the two defendants arises from activities which are a part of the same alleged criminal event or transaction." Both Informations allege that Michael Clark and Jacqueline Wright participated together in a scheme to defraud the District of Columbia government and cause the United States Postal Service to deliver six fraudulent income tax return checks.

4.     Pursuant to Local Criminal Rule 57.12(c)(12), "[w]here the existence of related cases in this Court is revealed after the cases are assigned, the judge having the later-numbered case may transfer that case to the Calendar Committee for reassignment to the judge having the earlier case."

WHEREFORE, the government respectfully requests that the Court grant the Motion to Transfer Case and transfer <u>United States v. Michael Clark</u>, Criminal No. 08-00160, to the Calendar Committee for reassignment to Judge James Robertson.

        Respectfully Submitted,

        JEFFREY A. TAYLOR
        UNITED STATES ATTORNEY
        D.C. Bar No. 498610

By:    /s/ _____
        Timothy G. Lynch (D.C. Bar No. 456506)
        David S. Johnson (D.C. Bar No. 477298)
        Assistant United States Attorneys
        Fraud & Public Corruption Section
        555 Fourth Street, N.W.
        Washington, D.C. 20530
        (202) 353-4862
        timothy.lynch2@usdoj.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Criminal No. 08-00160 (EGS) |
| : | |
| v. : | |
| : | |
| MICHAEL CLARK, : | |
| : | |
| Defendant. : | |

### ORDER

Upon consideration of the government's Notice of Related Case and Motion to Transfer Case, and the entire record herein, it is this _____ day of June, 2008, hereby

**ORDERED** that United States v. Michael Clark, Criminal No. 08-00160, is related to United States v. Jacqueline Wright, Criminal No. 08-00159, pursuant to Local Criminal Rule 57.12(a). It is

**FURTHER ORDERED** that United States v. Michael Clark, Criminal No. 08-00160, is transferred to the Calendar Committee for reassignment to Judge James Robertson, to whom United States v. Jacqueline Wright, Criminal No. 08-00159, is assigned.

**SO ORDERED**.

_____
Emmet G. Sullivan
United States District Judge

## CERTIFICATE OF SERVICE

    I HEREBY certify that I caused a copy of the foregoing Notice of Related Case and Motion to Transfer Case and proposed Order to be served by ECF filing and e-mail on Richard Finci, Esq., counsel for Michael Clark, and by e-mail on Brian McDaniel, Esq., counsel for Jacqueline Wright, on this 9th day of June, 2008.

    /s/
David S. Johnson
Assistant United States Attorney