UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| v.          : | **Criminal No. 1:08-CR-00160-EGS** |
| **MICHAEL MAURICE CLARK**     : | |
| **Defendant**     : | |

### RESPONSE TO MOTION TO TRANSFER CASE

Comes now the Defendant, **MICHAEL MAURICE CLARK**, by and through Richard A. Finci and the Law Offices of Houlon, Berman, Bergman, Finci & Levenstein, and respectfully states as follows:

1.   The Government has filed a Motion to Transfer Case in the above captioned matter averring that, due to administrative error, this matter was assigned to The Honorable Emmet G. Sullivan rather than to The Honorable James Robertson along with the earlier numbered related case of <u>United States v. Jacqueline Wright</u>.

2.   Pursuant to the provisions of LCR 57.12, in fact, this matter should have been assigned along with the matter of <u>United States v. Jacqueline Wright</u>. Consequently, undersigned counsel has no basis to object to the Government's Motion considering the local rules of the Court.

**WHEREFORE**, Defendant respectfully requests the following relief:

1.   That this Honorable Court grant the Government's Motion to Transfer Case.

2.  Such further an additional relief as justice may require.

Respectfully submitted,

RICHARD A. FINCI
HOULON, BERMAN, BERGMAN,
FINCI & LEVENSTEIN
7850 Walker Drive, Suite 160
Greenbelt, Maryland 20770
(301) 459-8200
e-mail: finci@houlonberman.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 11th day of June, 2008, a copy of the foregoing Response to Motion to Transfer Case was mailed, postage pre-paid, to:

Timothy G. Lynch, Esquire
United State's Attorney
for the District of Columbia
Judiciary Center
555 Fourth Street, N.W.
Washington, D.C. 20001

RICHARD A. FINCI