UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | Criminal No. 08-00160 (EGS) |
|---|---|---|
| v. | : | |
| MICHAEL CLARK, | : | **FILED** |
| | : | JUN 1 8 2008 |
| Defendant. | : | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

### ORDER

Upon consideration of the government's Notice of Related Case and Motion to Transfer Case, and the entire record herein, it is this _____ day of June, 2008, hereby

**ORDERED** that United States v. Michael Clark, Criminal No. 08-00160, is related to United States v. Jacqueline Wright, Criminal No. 08-00159, pursuant to Local Criminal Rule 57.12(a). It is

**FURTHER ORDERED** that United States v. Michael Clark, Criminal No. 08-00160, is transferred to the Calendar Committee for reassignment to Judge James Robertson, to whom United States v. Jacqueline Wright, Criminal No. 08-00159, is assigned.

**SO ORDERED.**

                                                     Emmet G. Sullivan
                                                   United States District Judge