CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Number 08-160 (JR) |
| | ) | |
| MICHAEL CLARK | ) | Category   A |
| | ) | |

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on June 18, 2008 from Judge Emmet G. Sullivan to Judge James Robertson by direction of the Calendar Committee.

(Case related to CR 08-159 before Judge Robertson)

ELLEN SEGAL HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Robertson & Courtroom Deputy
Judge Sullivan & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Criminal Case Processing Clerk
U.S. Attorney—Judiciary Square Building, Room 5133
Statistical Clerk