UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 29 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA    )
                            )
        vs.                 )   Criminal Case No. 08 - 160
                            )
                            )
  Michael Clark             )

WAIVER OF INDICTMENT

I, Michael Clark, the above-name defendant, who is accused of Mail Fraud

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on July 29, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: _____  Date: 7/29/08
Judge James Robertson