U.S. Department of Justice
U.S. Attorneys

# United States District Court
## for the District of Columbia

FILED
JUL 29 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA :

v. :

MICHAEL CLARK :    Case No. 08-160 (JR)

:

:

## O R D E R

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this ___29th___ day of ___July 2008_____ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on _____ by ___Special Agents Andrew Sekela & Mary Gleason___ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to _____ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of _____ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge (U.S. Magistrate)   James Robertson

DOJ USA-16-1-80